■ In the Matter of LEONARD WRIGHT, Petitioner, v RAYMOND W. KELLY et al., Respondents. [892 NYS2d 759]—

Substantial evidence, including eyewitness testimony, supports the hearing officer's finding of guilt (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 443-444 [1987]; *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181-182 [1978]). In light of petitioner's disciplinary record and the fact that the act of discourtesy occurred in the presence of at least two other sergeants, the penalty does not shock our conscience (*see Matter of Kelly v Safir*, 96 NY2d 32, 39-40 [2001]; *Matter of Sanders v Safir*, 284 AD2d 163 [2001]). Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Abdus-Salaam, JJ.

■ In the Matter of JACQUELYN E. JACKSON, Appellant, v N.Y.S. DIVISION OF HUMAN RIGHTS et al., Respondents. [892 NYS2d 758]

Dismissal of the proceeding was appropriate since it was brought more than 60 days after service of DHR's determination (*see* Executive Law § 298; *Matter of Gil v New York State Div. of Human Rights*, 17 AD3d 365 [2005]). Concur—Gonzalez, P.J., Tom, Sweeny, Catterson and Abdus-Salaam, JJ.